AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAYMOND MANNING,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:23-CV-116

MARTIN O'MALLEY,
Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 8, 2024, the parties' consent motion to remand is granted. Therefore, the Court reverses the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g) and remands this case to the Commissioner for further action. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: April 9, 2024

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020