# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| RAYMOND MANNING, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN O'MALLEY, Commissioner of Social Security, <br><br> Defendant. | CV 223-116 |

### ORDER

Upon consideration of Plaintiff's petition for attorney's fees, filed pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and Defendant having filed no response, it is **ORDERED** that:

1) Plaintiff should be awarded $8,085.00 in attorney's fees and costs in the amount of $402.00.

2) The United States Department of the Treasury should determine whether Plaintiff owes a debt to the government. If Plaintiff has no discernable federal debt, the Government should accept Plaintiff's assignment of EAJA fees and pay the fees awarded directly to Plaintiff's counsel.

**SO ORDERED**, this \_18\_ day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA